**Duane BEARD Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 77482**

Missouri Court of Appeals,
Western District.

ORDER FILED: July 28, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 1, 2015

---

Laura G. Martin, Kansas City, MO, for appellant.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division One: Cynthia L. Martin, Presiding Judge, Joseph M. Ellis, Judge and James E. Welsh, Judge

### ORDER

Per curiam:

Duane Beard appeals from the motion court's denial of his Rule 29.15 motion which claimed structural error at trial depriving him of a fair and impartial jury; ineffective assistance of trial and appellate counsel in failing to challenge a venireperson or to claim plain error on appeal because the venireperson was selected for the jury; and ineffective assistance of trial counsel in failing to inform Beard of a plea offer. Finding no error, we affirm. Rule 84.16(b).